UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| | : | CIV. 09-4172-KES |
| NORTH AMERICAN SPECIALTY INSURANCE CO., a New Hampshire corporation, | : : | |
| Plaintiff, | : | NOTICE OF VOLUNTARY DISMISSAL OF SIOUX PIPE PARTNERS, LLC |
| vs. | : | |
| DOUGLAS E. OSBORN AND CINDY OSBORN, individually and d/b/a NORTHERN PLAINS CONSTRUCTION; SCHMUCKER, PAUL, NOHR & ASSOCIATES, INC., a South Dakota corporation; ADVANCED DRAINAGE SYSTEMS, INC., a Delaware corporation; HD SUPPLY WATERWORKS GROUP, INC., a Delaware corporation; and SIOUX PIPE PARTNERS, LLC, a South Dakota limited liability company, | : : : : : | |
| Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff North American Specialty Insurance Company respectfully requests that Defendant Sioux Pipe Partners, LLC, be dismissed from the above-entitled action without prejudice. Defendant Sioux Pipe Partners, LLC, has not served an answer or motion for summary judgment in the above-entitled action.

Civ. 09-4172-KES
Notice of Voluntary Dismissal of Sioux Pipe Partners, LLC
Page 2

    Dated this 10th day of February, 2010.

                                FULLER & SABERS, LLP

                                /s/   William Fuller
                              William Fuller
                              7521 S. Louise Avenue
                              Sioux Falls, SD 57108
                              Phone 605-333-0003
                              Fax     605-333-0007
                              Email bfuller@fullerandsabers.com
                              Attorneys for Plaintiff

## Certificate of Service

    I certify that on the 10th day of February, 2010, a true and correct copy of the foregoing Notice of Voluntary Dismissal of Sioux Pipe Partners, LLC was served via e-filing upon the following:

    Mr. Gary J. Pashby
    Mr. Michael F. Tobin
    Boyce, Greenfield, Pashby & Welk, LLP
    101 North Phillips Ave., Suite 600
    P.O. Box 5015
    Sioux Falls, SD 57117-5015
       Attorneys for Defendant Schmucker, Paul Nohr & Associates, Inc.

    Mr. Patrick L. Sealey
    Heidman Law Firm, LLP
    1128 Historic 4th Street
    P.O. Box 3086
    Sioux City, IA 51101

Civ. 09-4172-KES
Notice of Voluntary Dismissal of Sioux Pipe Partners, LLC
Page 3

    and

Mr. Keith Shumate
Ms. Jessica D. Goldman
Squire, Sanders & Dempsey, LLP
41 S. High Street, Suite 2000
Columbus, OH 43215
Attorneys for Defendant Advanced Drainage Systems, Inc.

Mr. Paul S. Swedlund
Ms. Laurin D. Quiat
Baker & Hostetler, LLP
303 E. 17th Ave., Suite 1100
Denver, CO 80203

Mr. Michael J. Schaffer
Schaffer Law Office
412 W. 9th Street, #1
Sioux Falls, SD 57104

    and

Mr. Stephen C. Landon
Cadwell, Sanford, Deibert & Garry, LLP
200 East 10th Street, Suite 200
Sioux Falls, SD 57104
Attorneys for Defendants Douglas E. Osborn, Cindy Osborn and d/b/a Northern Plains Construction

Mr. Michael F. Tobin
Boyce, Greenfield, Pashby & Welk
P.O. Box 5015
Sioux Falls, SD 57117
Attorneys for Defendant Sioux Pipe Partners, LLC

                                                 /s/   William Fuller
                                                 One of the Attorneys for Plaintiff