UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE CO., a New Hampshire corporation, | ) ) ) ) | CIV. 09-4172-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| DOUGLAS E. OSBORN and CINDY OSBORN, individually and d/b/a NORTHERN PLAINS CONSTRUCTION; SCHMUCKER, PAUL, NOHR & ASSOCIATES, INC., a South Dakota corporation; ADVANCED DRAINAGE SYSTEMS, INC., a Delaware corporation; and HD SUPPLY WATERWORKS, LIMITED PARTNERSHIP, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the Stipulation for Dismissal With Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that all of the claims, counterclaims, and cross-claims by, between, and among the parties in the above-entitled action are dismissed with prejudice and on the merits, without costs or attorney's fees to any party.

Dated May 5, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE